# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 219 MAL 2014
                        :

        Respondent        : Petition for Allowance of Appeal from the
                        : Order of the Superior Court
                        :

            v.               :
                        :
                        :

CHARLES SMITH,           :
                        :

        Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.